# UNITED STATES DISTRICT COURT

08-MJ-010

____Middle____ District of ____Georgia____

0820-0118-05 SJ
F ID# 1436686

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

DANERYS GEORGE

Case Number: 4:08-CR-00004-001-CDL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____DANERYS GEORGE____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court

☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire Fraud

in violation of Title __18__ United States Code, Section(s) __1343__

Gregory J. Leonard                              Clerk
Name of Issuing Officer                         Title of Issuing Officer

s/ Charlene A. Lunsford, Deputy Clerk           January 17, 2008, Macon, Georgia
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER: 4:08-CR-4 (CDL) |
| v. | : VIOLATION: |
| | : 18 U.S.C. § 1343 |
| DANERYS GEORGE | : WIRE FRAUD |
| | : |

THE GRAND JURY CHARGES:

## INTRODUCTION

1. At all times material to this indictment, American Family Life Assurance Company (hereafter referred to as "AFLAC") was engaged in business both within and outside the state of Georgia. While AFLAC engages in various types of businesses, its primary function is to provide supplemental insurance to policyholders who are injured and unable to work.

2. At all times material to this indictment, defendant **DANERYS GEORGE** and her husband maintained a supplemental insurance policy with AFLAC. The defendant made claims on this policy by transmitting claim forms to AFLAC by facsimile from her home in Lebanon, Pennsylvania, which were received by AFLAC in their Columbus, Georgia headquarters.

## THE SCHEME AND ARTIFICE

From on or about May 1, 2006, to April 28, 2007, defendant **GEORGE** devised a scheme and artifice to defraud AFLAC and to obtain money from AFLAC by means of material false and fraudulent pretenses and representations that related to insurance claims submitted to AFLAC, which resulted in checks wrongfully being issued to **GEORGE** by AFLAC, as follows:

A. It was part of the scheme and artifice to defraud that defendendant **GEORGE** submitted multiple claims forms for cancer treatments that allegedly were provided to her in both the state of Florida and the state of Pennsylvania.

B. It was further part of the scheme and artifice that the claims submitted in paragraph A, above, were materially false and fraudulent for the reason that they were submitted for payment of cancer treatments that were not received by defendant **GEORGE**.

C. It was further part of the scheme and artifice that defendant **GEORGE**, after receiving payments from AFLAC on the false claims, converted the money to her own use. Between approximately May, 2006, and April, 2007, the defendant **GEORGE** wrongfully filed approximately 85 fraudulent claims with AFLAC and received approximately $136,400 from AFLAC.

2

## COUNTS 1 - 10

### WIRE FRAUD

### 18 U.S.C. §1343

Paragraphs 1, 2, and A through C above are incorporated by reference in each count below.

That on or about the dates alleged below in the Columbus Division of the Middle District of Georgia,

### DANERYS GEORGE,

defendant herein, having devised the above-described scheme and artifice to defraud and obtain money by means of material false pretenses and representations, for the purpose of executing and in order to effect this scheme and artifice, did knowingly transmit or cause to be transmitted in interstate commerce, by means of a wire communication, certain signs, signals, and sounds, that is, facsimiles of claim documents, which facsimiles originated and were transmitted in the state of Pennsylvania and then were received in the state of Georgia, at AFLAC's Columbus headquarters, each such facsimile being a separate count of this indictment and being more particularly described as follows, according to the approximate date of the facsimile, the claim number, and the approximate amount paid by AFLAC on the claim:

3

| COUNT | DATE | CLAIM NO. | AMOUNT PAID ON CLAIM |
|---|---|---|---|
| 1 | 2-17-07 | 192303000 | $1,800.00 |
| 2 | 2-24-07 | 724703011 | $1,800.00 |
| 3 | 3-3-07 | 702403021 | $1,800.00 |
| 4 | 3-10-07 | 919503038 | $1,800.00 |
| 5 | 3-17-07 | 824403047 | $1,800.00 |
| 6 | 3-24-07 | 981803059 | $1,800.00 |
| 7 | 3-31-07 | 728503068 | $1,800.00 |
| 8 | 4-7-07 | 821303084 | $3,600.00 |
| 9 | 4-21-07 | 582503092 | $1,800.00 |
| 10 | 4-28-07 | 165803109 | $1,800.00 |

all in violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

_____
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of Jan., A.D. 2008.

_____
DEPUTY CLERK

4

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

INDICTMENT COVER AND INFORMATION SHEET

SEALED ( )   UNSEALED (✓)

UNITED STATES OF AMERICA         :
                                 : CRIMINAL NO. 4:08-CR-4 (CDL)
vs.                              :
                                 : COUNTY: Muscogee
DANERYS GEORGE                   :

Return Date: _____   AUSA: Melvin E. Hyde, Jr.

Agency: Federal Bureau of Investigation

Agent: Special Agent David Whitlow

OCDETF Case ( ) YES  (✓) NO   IF YES OCDETF CASE No. _____

A.  Clerk Issue:   Summons: _____   Warrant: ✓

    NOTE:  ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARREST WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.  Warrant(s) to be executed by:

    U.S. Marshal ( )   Other (✓) Specify: FBI

    Note:  All executed arrest warrants shall be returned to the U.S. Marshal.

C.  Information for arresting officer:

    1.  Are state or local charges pending on this defendant for the same offense charged in this indictment?
        ( ) Yes     (✓) No        ( ) Unknown
        If yes, was defendant previously arrested on the state and local charges for the same offense?
        ( ) Yes     ( ) No        ( ) Unknown   If
yes, is defendant still in custody?
        ( ) Yes     (✓) No        ( ) Unknown
        If yes, where is defendant incarcerated? _____

2. Attorney for Defendant (if any):
   Name: _____
   Address: _____
   Telephone: _____

D. Assistant United States Attorney's recommendation for bond:
   Amount: $10,000, 10% Secured

E. Has a court appearance been scheduled? ( ) Yes ( ) No
   If yes, date and time: _____

F. Identifying data of defendant:
   Sex: Female                Height: _____
   Race: White                Weight: _____
   DOB: 06/04/1975            Eyes: _____
   SSN: 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           State ID: _____
   FBI#: _____
   History of violence? ( ) Yes (✓) No ( ) Unknown
   History of mental problems? ( ) Yes (✓) No ( ) Unknown
   History of medical problems? (✓) Yes ( ) No ( ) Unknown
   If yes, what type of medical? Cancer
   Last known address: _____

G. Action requested from U.S. Marshal's Service:
   ✓ Request USMS make NCIC entry
   __ Refer apprehension responsibility to USMS
   ✓ Request joint apprehension
   __ Agency will arrest without USMS assistance
   __ Voluntary surrender in lieu of arrest (All Coordination must
   be accomplished through the Marshal's Service)

_____          1-16-08
by: AUSA Melvin E. Hyde, Jr.        DATE